Hon. Jamal N Whitehead

UNITED STATES DISTRICT COURT
WESTERN WASHINGTON AT SEATTLE

David W. Peterson,

        Plaintiff,

   vs.

Michael C. Subit
Frank Freed Subit & Thomas LLP,

        Defendants.

No. 2:24-cv-00697-JNW

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND THE
DISPOSITIVE MOTIONS DEADLINE

[PROPOSED]

THIS MATTER, having come before the Court on Defendants' Motion to Extend the Dispositive Motions Deadline (the "Motion"), the Court having reviewed the records and files herein, and specifically:

    1.    Defendants' Motion

    2.    Plaintiff's Opposition, if any;

    3.    Defendants' Reply in Support of Motion;

and the Court being fully advised in the premises, now, therefore, it is HEREBY ORDERED that

    1.    Defendants' Motion to Extend the Dispositive Motions Deadline is hereby GRANTED.

ORDER - 1
Peterson v. Subit - Order Granting Defendants' Motion to Extend the
Dispositive Motions Deadline

LEE SMART

701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

2.    The deadline to file dispositive motions is extended to 30 days after the Court rules on Subit's pending Motion to Dismiss (Dkt. 11) if the Court denies the Motion to Dismiss.

ENTERED this <u>31st</u> day of <u>March</u>, 2025.

Hon. Jamal N Whitehead

Presented by:

LEE SMART, P.S., INC.

By: _____
    Andrew H. Gustafson, WSBA No. 51399
    Attorney for Defendants

ORDER - 2
Peterson v. Subit - Order Granting Defendants' Motion to Extend the
Dispositive Motions Deadline



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com